In the Matter of the Application for DIS-CIPLINARY ACTION AGAINST Robert W. KINSEY, a Member of the Bar of the State of North Dakota.

DISCIPLINARY BOARD of the SU-PREME COURT OF the STATE OF NORTH DAKOTA, Petitioner,

v.

Robert W. KINSEY, Respondent.

No. 940126.

Supreme Court of North Dakota.

May 11, 1994.

### ORDER OF INTERIM SUSPENSION

On May 3, 1994, this Court was notified by Vivian E. Berg, Counsel for the Disciplinary Board of the Supreme Court, that Robert W. Kinsey, an attorney admitted to practice law in North Dakota, was convicted of making false statements in violation of Section 12.1–11–02(1), N.D.C.C., a class A misdemeanor. A certified copy of the Criminal Judgment and Commitment dated April 8, 1994, in Ward County District Court No. K93–013, *State of North Dakota v. Robert W. Kinsey,* was filed and Ms. Berg advised the Court that the crime constitutes a serious crime as defined in Rule 4.1(C) of the North Dakota Procedural Rules for Lawyer Disability and Discipline, (NDPRLDD). The Court considered the matter, and

ORDERED, that, under Rule 4.1(D), NDPRLDD, the certificate of admission to the Bar of the State of North Dakota of Robert W. Kinsey be immediately suspended until further order of this Court and pending disposition of disciplinary proceedings predicated upon the conviction.

Dated at Bismarck, North Dakota, this 11th day of May, 1994.

/s/ Herbert L. Meschke
Herbert L. Meschke,
Acting Chief Justice

/s/ Beryl J. Levine
Beryl J. Levine,
Justice

/s/ Dale Sandstrom
Dale V. Sandstrom,
Justice

The Honorable GERALD W. VANDE WALLE, Chief Justice, deeming himself disqualified, and the Honorable WILLIAM A. NEUMANN, being unavoidably absent, did not participate.